# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:20-cr-07-01 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| DONALD WHITE ) | |
| ) | Magistrate Judge Susan K. Lee |
| ) | |

## ORDER

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) accept Defendant's plea of guilty to Count One and Count Two of the two-count Bill of Information; (2) adjudicate the Defendant guilty of the charges set forth in Count One and Count Two of the Bill of Information; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter (Doc. 13). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 13) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One and Count Two of the Bill of Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One and Count Two of the Bill of Information;

3. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

4. Defendant **SHALL REMAIN** in custody pending sentencing in this matter which is scheduled to take place on **January 22, 2021 at 9:00 a.m.** before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**